FI#ht 8802286

AO 442 (Rev. 01/09) Arrest Warrant

AUSA Saima Mohsin
Special Agent William R. Fleming, FBI

War#1239-0306-2010-J

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
DAVID THOMAS ROBERTS

Case: 2:12-mj-30029
Judge: Unassigned,
Filed: 01-12-2012 At 09:10 AM
SEALED MATTER (SRJ)

FILED
MAR - 9 2012
CLERK'S OFFICE
DETROIT

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) David Thomas Roberts,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Manufacturing a Controlled Substance, to wit: methamphetamine, in violation of 21 U.S.C. Section 841;
Conspiracy to Manufacture a Controlled Substance, to wit: methamphetamine, in violation of 21 U.S.C. Section 846;
Maintaining a Drug-Involved Premises, in violation of 21 U.S.C. Section 856;
Endangering Human Life While Illegally Manufacturing a Controlled Substance, in violation of 21 U.S.C. Section 858.

Date: 1/12/12

_Issuing officer's signature_

City and state: Detroit, MI

LAURIE J. MICHELSON
U.S. MAG JUDGE
_Printed name and title_

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: 03-05-2012

_Arresting officer's signature_
SA Justin Givhan
_Printed name and title_

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA